IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **JAMES DENNIS PERKINS, #1776063** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:14cv15** |
| **DAVID ROGERS, ET AL.** | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven, who issued a Report and Recommendation concluding that the lawsuit should be dismissed.  The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that the Report and Recommendation (docket #12) is **ADOPTED**.  It is further

**ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and that the Plaintiff's claims are **DISMISSED** with prejudice to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477 (1994), conditions are met.  All motions not previously ruled on are **DENIED**.

  **It is SO ORDERED**.

  **SIGNED this 6th day of March, 2014.**

  _____
  MICHAEL H. SCHNEIDER
  UNITED STATES DISTRICT JUDGE